IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACEY MERCADO, MELISSA DAVIS, RAY MARSHALL, JERMINA LAQUA, MICHAEL ABBATE, TOM RILEY, and SCOTT PANZER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERDE ENERGY USA, INC., VERDE ENERGY, USA OHIO, LLC, VERDE ENERGY, USA MASSACHUSETTS, LLC, and VERDE ENERGY, USA NEW YORK, LLC,<br><br>Defendants. | Civil Action No. 18-cv-2068<br><br>Judge Joan B. Gottschall |

## UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

Pursuant to Local Rule 7.1, Plaintiffs respectfully file this unopposed motion for extension of the page limits for their Unopposed Motion for Preliminary Approval of Settlement. In support of their Motion, Plaintiffs respectfully state:

1. Plaintiffs' Motion for Preliminary Approval of Settlement is currently due to be filed on June 18, 2021.

2. So that Plaintiffs may adequately explain the settlement terms agreed to by the parties and reasons why the settlement should be preliminarily approved, Plaintiffs need additional pages beyond those allowed by this Court's Local Rules.

3. Plaintiffs believe that they will be able to explain the settlement terms and reasons why the settlement should be preliminarily approved in 30 pages.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion to extend the page limitations for their Unopposed Motion for Preliminary Approval of Settlement up to and including 30 pages.

Dated: June 18, 2021 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan Shub
　　　　　　　　　　　　　　　　　　　　　　Jonathan Shub
　　　　　　　　　　　　　　　　　　　　　　Kevin Laukaitis
　　　　　　　　　　　　　　　　　　　　　　**SHUB LAW FIRM LLC**
　　　　　　　　　　　　　　　　　　　　　　134 Kings Hwy. E., 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　Haddonfield, NJ 08033
　　　　　　　　　　　　　　　　　　　　　　T: (856) 772-7200
　　　　　　　　　　　　　　　　　　　　　　jshub@shublawyers.com
　　　　　　　　　　　　　　　　　　　　　　klaukaitis@shublawyers.com

　　　　　　　　　　　　　　　　　　　　　　Melissa K. Sims
　　　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　　　111 West Jackson Boulevard
　　　　　　　　　　　　　　　　　　　　　　Suite 1700
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　　　　Tel: (815) 878-4674
　　　　　　　　　　　　　　　　　　　　　　Msims@milberg.com

　　　　　　　　　　　　　　　　　　　　　　Edward A. Wallace
　　　　　　　　　　　　　　　　　　　　　　**WEXLER WALLACE LLP**
　　　　　　　　　　　　　　　　　　　　　　55 W. Monroe Street
　　　　　　　　　　　　　　　　　　　　　　Suite 3300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 346-2222
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 346-0022
　　　　　　　　　　　　　　　　　　　　　　eaw@wexlerwallace.com

　　　　　　　　　　　　　　　　　　　　　　Daniel K. Bryson*
　　　　　　　　　　　　　　　　　　　　　　Harper T. Segui
　　　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　　　900 W. Morgan Street
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27603
　　　　　　　　　　　　　　　　　　　　　　Tel: (919) 600-5000
　　　　　　　　　　　　　　　　　　　　　　dbryson@milberg.com

hsegui@milberg.com

Jeffrey S. Goldenberg
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: (513) 345-8297
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Jason M. Leviton*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jason@blockleviton.com

D. Greg Blankinship*
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com

Jason T. Brown
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Tel: (201) 630-0000
Fax: (855) 582-5297
jtb@jtblawgroup.com

Aarthi Manohar*
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
amanohar@kohnswift.com

*Applications *pro hac vice* to be submitted

***Attorneys for Plaintiffs and the Class***

3

## **CERTIFICATE OF SERVICE**

I, Jonathan Shub, hereby certify that on June 18, 2021, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

*/s/ Jonathan Shub*
Jonathan Shub