IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACEY MERCADO, MELISSA DAVIS, RAY MARSHALL, JERMINA LAQUA, MICHAEL ABBATE, TOM RILEY, and SCOTT PANZER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERDE ENERGY USA, INC., VERDE ENERGY, USA OHIO, LLC, VERDE ENERGY, USA MASSACHUSETTS, LLC, and VERDE ENERGY, USA NEW YORK, LLC,<br><br>Defendants. | Civil Action No. 18-cv-2068<br><br>Judge Joan B. Gottschall |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF DISSEMINATION OF NOTICE OF SETTLEMENT

Plaintiffs Tracey Mercado, Melissa Davis, Ray Marshall, Jermina LaQua, Michael Abbate, Tom Riley, and Scott Panzer ("Plaintiffs") respectfully move the Court for preliminary approval of the proposed multi-state class settlement in this litigation with Defendants Verde Energy USA, Inc., Verde Energy, USA Ohio, LLC, Verde Energy, USA Massachusetts, LLC, and Verde Energy, USA New York, LLC (the "Verde Defendants" or "Verde") (collectively the "Settling Parties"). The Settlement Agreement is attached as **Exhibit 1** to the Declaration of Jonathan Shub in support of Plaintiffs' motion for preliminary approval of settlement. For the reasons explained in the attached Memorandum and supporting declarations, Plaintiffs request that the Court:

(1) find that it "will likely" be able to approve the Settlement at the final approval stage;

(2) find that it "will likely" be able to certify the Settlement Class at the final approval stage;

(3) approve the notice plan and appoint the parties' selected Settlement Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq");

(4) direct notice to the Class by appropriate means; and

(5) establish a schedule for a final approval hearing and attendant dates as proposed in the Memorandum.

Dated: June 18, 2021                        Respectfully submitted,

                                              */s/ Jonathan Shub*
Jonathan Shub
Kevin Laukaitis
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
T: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

Melissa K. Sims
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
111 West Jackson Boulevard
Suite 1700
Chicago, IL 60604
Tel: (815) 878-4674
Msims@milberg.com

Edward A. Wallace
**WEXLER WALLACE LLP**
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
eaw@wexlerwallace.com

Daniel K. Bryson*
Harper T. Segui

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
dbryson@milberg.com
hsegui@milberg.com

Jeffrey S. Goldenberg
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: (513) 345-8297
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Jason M. Leviton*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jason@blockleviton.com

D. Greg Blankinship*
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com

Jason T. Brown
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Tel: (201) 630-0000
Fax: (855) 582-5297
jtb@jtblawgroup.com

Aarthi Manohar*
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700

amanohar@kohnswift.com

*Applications *pro hac vice* to be submitted

***Attorneys for Plaintiffs and the Class***

4

## **CERTIFICATE OF SERVICE**

I, Jonathan Shub, hereby certify that on June 18, 2021, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

*/s/ Jonathan Shub*
Jonathan Shub
