IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACEY MERCADO, MELISSA DAVIS, RAY MARSHALL, JERMINA LAQUA, MICHAEL ABBATE, TOM RILEY, and SCOTT PANZER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>VERDE ENERGY US, INC., VERDE ENERGY, USA OHIO, LLC, VERDE ENERGY, USA MASSACHUSETTS, LLC, and VERDE ENERGY, USA NEW YORK, LLC,<br><br>          Defendants. | Case No. 1:18-cv-02068<br><br>Honorable Joan B. Gottschall |

## **PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND ENHANCEMENT AWARDS**

Plaintiffs Tracey Mercado, Melissa Davis, Ray Marshall, Jermina LaQua, Michael Abbate, Tom Riley, and Scott Panzer ("Plaintiffs"), by and through their undersigned counsel, respectfully move the Court to:

(1) Award attorneys' fees and costs of $2,171,326.50 (broken down as $2,126,218.87 in attorneys' fees and $45,106.63 in reimbursement for out-of-pocket costs), to be paid from the Settlement Fund provided in the Settlement [Dkt. No. 117-1];

(2) Award Enhancement Awards to the Named Plaintiffs in the following amounts of

    a. $25,000 to Tracey Mercado;

    b. $7,500 to Ray Marshall;

1

      c. $5,000 to Melissa Davis, Jermina LaQua, Tom Riley, and Scott Panzer each;

to compensate them for their significant time and effort spent on behalf of the Class, to be paid from the Settlement Fund as provided in the Settlement; and

    (3) Authorize Co-Lead Class Counsel to allocate the fees and costs among all Class Counsel, subject to any disputes being resolved by the Court.

For the reasons explained in the attached Memorandum in Support of Plaintiffs' Motion for Attorney's Fees, Costs, and Enhancement Awards and attached declarations, Plaintiffs respectfully request the Court grant this Motion.

Dated: November 16, 2021　　　　　　　　Respectfully submitted,

                                          */s/ Jonathan Shub*
                                          Jonathan Shub
                                          Kevin Laukaitis
                                          **SHUB LAW FIRM LLC**
                                          134 Kings Hwy. E., 2nd Floor
                                          Haddonfield, NJ 08033
                                          T: (856) 772-7200
                                          jshub@shublawyers.com
                                          klaukaitis@shublawyers.com

                                          ***Class Counsel for Plaintiffs and the Settlement Class***

**CERTIFICATE OF SERVICE**

      I, Jonathan Shub, hereby certify that on November 16, 2021, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

                                                         */s/ Jonathan Shub*
                                                         Jonathan Shub