IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACEY MERCADO, MELISSA DAVIS, RAY MARSHALL, JERMINA LAQUA, MICHAEL ABBATE, TOM RILEY, and SCOTT PANZER, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-02068 |
| Plaintiffs, | Honorable Joan B. Gottschall |
| v. | |
| VERDE ENERGY USA, INC., VERDE ENERGY USA OHIO, LLC, VERDE ENERGY USA MASSACHUSETTS, LLC, and VERDE ENERGY USA NEW YORK, LLC, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants Verde Energy USA, Inc., Verde Energy USA Ohio, LLC, Verde Energy USA Massachusetts, LLC, and Verde Energy USA New York, LLC respectfully submit this Notice of Compliance with Section 12.1.2 of the Amended Settlement Agreement, as evidenced by the attached Declaration of Kevin P. Allen.

**Dated:** November 24, 2021

Respectfully Submitted By:

/s/ *Keith M. St. Aubin*
DUANE MORRIS LLP
Keith M. St. Aubin
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
KStAubin@duanemorris.com

Kevin P. Allen (*pro hac vice*)
600 Grant Street, Suite 5010
Pittsburgh, PA 15219
KPAllen@duanemorris.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of November, 2021, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ *Keith M. St. Aubin*
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700