IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACEY MERCADO, MELISSA DAVIS, RAY MARSHALL, JERMINA LAQUA, MICHAEL ABBATE, TOM RILEY, and SCOTT PANZER, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>   v.<br><br>VERDE ENERGY US, INC., VERDE ENERGY, USA OHIO, LLC, VERDE ENERGY, USA MASSACHUSETTS, LLC, and VERDE ENERGY, USA NEW YORK, LLC,<br><br>           Defendants. | Case No. 1:18-cv-02068<br><br>Honorable Joan B. Gottschall |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT**

Pursuant to Local Rule 7.1, Plaintiffs respectfully file this unopposed motion for extension of the page limits for their Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Final Approval of Proposed Class Action Settlement. In support of their Motion, Plaintiffs respectfully state:

    1.    The Memorandum is currently due to be filed on November 24, 2021.

    2.    So that Plaintiffs may adequately explain the details of the Settlement and a discussion of the various factors the Court is required to consider when granting final approval, Plaintiffs need additional pages beyond those allowed by this Court's Local Rules.

    3.    Plaintiffs believe that they will be able to explain the reasons why the Court

should grant final approval in 25 pages.

WHEREFORE, Plaintiffs respectfully request that the Court grant their unopposed motion to extend the page limitations for the Memorandum up to and including 25 pages.

Dated: November 24, 2021            Respectfully submitted,

                                                */s/ Jonathan Shub*
                                                Jonathan Shub
                                                Kevin Laukaitis
                                                **SHUB LAW FIRM LLC**
                                                134 Kings Hwy. E., 2nd Floor
                                                Haddonfield, NJ 08033
                                                T: (856) 772-7200
                                                jshub@shublawyers.com
                                                klaukaitis@shublawyers.com

                                                ***Class Counsel for Plaintiffs and the Settlement Class***

## CERTIFICATE OF SERVICE

      I, Jonathan Shub, hereby certify that on November 24, 2021, I caused the foregoing to be filed via the Court's electronic filing system which will notify all counsel of record of the same.

                                            */s/ Jonathan Shub*
                                            Jonathan Shub